MIE 3
Revised 07/12

Order of the Court to Recall Warrant

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

      v.

EDWARDS, Michael Philips                      Crim. No.: 16CR20766-01

On 09/28/2020 the Court authorized a petition and warrant for supervised release violation charges.

New Criminal Conduct

Possession of a Firearm

      The probation department is recommending that the violation petition be dismissed, and the warrant be recalled. The probation department received confirmation from the Michigan Department of Corrections that he is serving a life sentence in their custody. Therefore, it is the recommendation that supervision be early terminated. If the Court agrees with the recommendation, the Probation Form 35 will accompany this order.

Reviewed and Approved:                                  Respectfully submitted,

s/Warren L. Henson                                     s/Seth M. Martin
Supervising United States Probation Officer        United States Probation Officer

## ORDER OF THE COURT

      Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

      Dated this 29th Day of October, 2024.

                                                                       s/Matthew F. Leitman
                                                                       Matthew F. Leitman
                                                                       United States District Court Judge

cc: U.S. Marshal